# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ ___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

8:45 am, Sep 06 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America
v.
ERIC TANO TATAW
Defendant

Case No. 23-2311-ADC

USDC-BALTIMORE
'23 SEP 1 PM 1:43

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERIC TANO TATAW,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(b)(1) - Tampering with a witness with the intent to influence the testimony of the witness in an official proceeding

Date: 31 August 2023

*A. David Copperthite*
Issuing officer's signature

City and state: Baltimore, Maryland

Honorable A. David Copperthite, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)* 9/1/2023, and the person was arrested on *(date)* 9/1/2023
at *(city and state)* Baltimore MD.

Date: 9/1/23

*[signature]*
Arresting officer's signature

D Halan Special Agent
Printed name and title