IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. GLR-23-0353 |
| ERIC TANO TATAW | * | |

**MOTION TO WITHDRAW APPEARANCE**

James Wyda, Federal Public Defender for the District of Maryland, and Shari Silver Derrow, Assistant Federal Public Defender, hereby respectfully move this Honorable Court, pursuant to 18 U.S.C. § 3006A(c), to permit the Office of the Federal Public Defender for the District of Maryland to withdraw as counsel for Eric Tano Tataw, and state the following:

1. Mr. Tataw is charged in a seven-count indictment with two counts of bank fraud, in violation of 18 U.S.C. § 1344 (Counts One and Two), one count of money laundering, in violation of 18 U.S.C. § 1957 (Count Three), one count of wire fraud, in violation of 18 U.S.C. § 1343 (Count Four), one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) (Count Five), and two counts of obstruction of justice, in violation of 18 U.S.C. § 1503 (Counts Six and Seven).

2. On September 1, 2023, the Court appointed the Office of the Federal Public Defender to represent Mr. Tataw. On September 5, 2023, undersigned counsel entered a notice of appearance as counsel for Mr. Tataw.

3. The Office of the Federal Public Defender is requesting to withdraw as counsel due to a recently-discovered conflict of interest.

4.      Undersigned counsel has consulted with Federal Public Defender James Wyda, who has instructed undersigned counsel to withdraw from this matter due to the conflict of interest.

**WHEREFORE**, it is requested that this Honorable Court allow the Federal Public Defender for the District of Maryland to withdraw as counsel for Mr. Tataw.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

           /s/
SHARI SILVER DERROW (#19181)
Assistant Federal Public Defender
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: shari_derrow@fd.org