IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GLR-23-253** |
| | * | |
| **ERIC TANO TATAW,** | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

## JOINT STATUS REPORT

The United States of America, after conferring with counsel for Mr. Tataw, provides the following status report to the Court.

This case had previously been set for trial on January 6, 2025. On October 22, 2024, in a telephonic status hearing, the government and the defendant informed the Court that the parties wished to negotiate a potential resolution to the charges in the Indictment and additional anticipated charges, and to exchange additional related discovery. At the parties' request, the Court accordingly vacated the trial schedule and directed the parties to file a status report by December 23, 2024.

In that subsequent status report, the parties advised the Court that the government had made additional voluminous productions to Mr. Tataw, which included multiple electronic device extractions, electronic account search warrant returns, and other legal process returns. The government also filed a consent motion to toll the Speedy Trial Act until March 3, 2025. The Court granted the motion and directed the parties to file a status report by March 3, 2025.

In the March 3, 2025 status report, the parties informed the Court that the parties met in person in mid-February, and have continued to regularly communicate over phone and email. In addition, the government made an additional production of videos, translations, and legal process.

The government also filed a consent motion to toll the Speedy Trial Act until May 3, 2025. The Court granted the motion and directed the parties to file a status report by May 3, 2025.

On April 24, 2025, Mr. Tataw was indicted and charged with conspiracy to provide material support (18 U.S.C. § 2339A) and interstate communication of threats (18 U.S.C. § 875(c)). *United States v. Tataw*, 25-129-GLR (D. Md.). Negotiations over a potential global resolution to Mr. Tataw's case before trial have continued and are ongoing. The government made an additional production to Mr. Tataw of materials relevant to both cases on April 14, 2025. After filing a status report on May 2, 2025 informing the Court of the above, the government also filed a consent motion to toll the Speedy Trial Act until July 7, 2025. The Court granted the motion and directed the parties to file a status report by July 7, 2025.

In the interim, on July 2, 2025, the parties contacted the Court requesting a trial date. The Court entered a scheduling order setting a seven-day jury trial in this matter for April 20, 2026.

Counsel for Mr. Tataw has told the government that he needs additional time to review prior voluminous discovery provided earlier with his client. Because of the volume of these materials and the ongoing plea negotiations, the Government will file a motion to continue tolling until the trial date. Mr. Tataw does not object to continued tolling.

                    Kelly O. Hayes
                    United States Attorney

By: /s/ _____
      Joseph Wenner
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system on July 7, 2025.

                                                     /s/
                                          Joseph Wenner
                                          Assistant United States Attorney