IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal Nos. GLR-23-0353 |
| | | GLR-25-0129 |
| **ERIC TATAW** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO HOLD THE DEFENDANT'S REQUEST TO BE RELEASED FROM CUSTODY WITH CERTAIN CONDITIONS IN ABEYANCE

Eric Tataw, by his counsel David Walsh-Little, requests that the Court hold his previously filed Motion to be Released from Custody and Request for Hearing in Abeyance, and in support thereof states as follows:

1. Mr. Tataw had his initial appearance in what is now Case No. GLR-23-0353 on September 1, 2023, on a complaint charging him with witness tampering, in violation of 18 U.S.C. § 1512(b).  ECF No. 1.  On October 3, 2023, Mr. Tataw was charged by indictment in that case with two counts of bank fraud, in violation of 18 U.S.C. § 1344 (Counts One and Two), one count of money laundering, in violation of 18 U.S.C. § 1957 (Count Three), one count of wire fraud, in violation of 18 U.S.C. § 1343 (Count Four), one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A (Count Five), and two counts of obstruction of justice, in violation of 18 U.S.C. § 1503 (Counts Six and Seven).  ECF No. 23.  Mr. Tataw appeared on October 25, 2023, for an initial appearance on the indictment and entered a not-guilty plea.  A trial in that matter is presently scheduled to begin on April 20, 2026.

1

2. Mr. Tataw made his initial appearance in Case No. GLR-25-0129 on April 25, 2025. In that matter, he is charged with one count of conspiracy to provide material support in violation of 18 U.S.C. § 2339A and four counts of sending international threats in violation of 18 U.S.C. § 875.

3. Pursuant to an Order of this Court, Mr. Tataw has been continuously detained on these matters since June 11, 2025. On January 14, 2026, Mr. Tataw filed a motion in both cases requesting that Court consider releasing Mr. Tataw and hold a hearing on that request.

4. In response to new information provided to Mr. Tataw by the Government, Mr. Tataw is now requesting that these motions be held in abeyance. If and when, Mr. Tataw seeks a hearing on these motions, he will file a written request with the Court.

WHEREFORE, Eric Tataw requests that his pending motion to be released from detention be held in abeyance until he makes a request for a hearing, and any other and further relief that justice requires.

Respectfully submitted,

/s/
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to all parties via CM/ECF.

                                                          /s/
                                      DAVID WALSH-LITTLE, #23586