**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Crim. No. GLR-23-353** |
| | * | |
| **ERIC TANO TATAW,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******* | |

### MOTION TO DISMISS COUNTS OF AMENDED INDICTMENT

The United States, by and through its undersigned attorneys, herby requests leave of the

court, in accordance with Fed. R. Crim. P. 48(a), to dismiss Count Three and Count Seven of the

Amended Indictment.

If the Court grants the Government's motion, the United States will submit another motion

to amend the count numbering elsewhere in the Indictment. A proposed Order granting the

government's motion for leave to dismiss is included with this motion.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


___/s/_____
Joseph L. Wenner
Philip A. Motsay
Assistant United States Attorneys
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2026, I caused a copy of the foregoing motion to be filed electronically with the Court and counsel of record using the CM/ECF system .


_/s/_____

Joseph L. Wenner
Assistant United States Attorney